IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN NGUYEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. SETH WILLIAMS et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 16-0829 |

## ORDER

**AND NOW**, this 21st day of June 2016, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 5, 8), Plaintiffs' Motion for Appointment of Counsel (Doc. No. 6), and the prior Orders of this Court (Doc. Nos. 9, 10), and in accordance with the Opinion of the Court issued this day, it is hereby **ORDERED** as follows:

1. Defendants' Motions to Dismiss (Doc. Nos. 3, 8) are **GRANTED.**

2. Plaintiff's Amended Complaint (Doc. No. 2) is **DISMISSED WITH PREJUDICE.**

3. All outstanding Motions are **DENIED AS MOOT.**

4. The Clerk of Court shall close this case for statistical purposes.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.